UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILFREDO ORTEGA VALDEZ, et al.,

                      **Plaintiffs,**              16-CV-6793 (LTS)(SN)

        -against-                               **ORDER**

MICHAEL WALTER CONSTRUCTION CO.,
INC., et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On Wednesday, November 22, 2017, the parties informed the Court that they have reached a settlement in principle. Accordingly, the deadlines in this matter are adjourned *sine die*. The parties are instructed to submit the settlement agreement and a cover letter explaining the background of the case and stating why the Court should approve the settlement no later than Friday, January 12, 2018. The letter and settlement agreement shall be filed publicly on ECF unless a party can establish a basis for sealing these documents under the standard set forth in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006).

      In addition, the parties are directed to meet and confer to discuss whether they are willing to consent to my jurisdiction for the purpose of reviewing the fairness of their Fair Labor Standards Act settlement. If both parties consent, they shall submit a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge to the Honorable Laura Taylor Swain by Friday, December 15, 2017. If any party does not consent, the parties shall submit a

joint letter to the Court by Friday, December 15, 2017, informing the Court that the parties do not consent, without identifying the party or parties that do not consent.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
         November 27, 2017